RECEIVED
JUN 2 5 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

United States, ) Case no. 4:13MJ5107 NAB
v. Ryan Walsh, ) June 25, 2013

## MEMORANDUM FOR CLERK

Comes now the United States of America and requests the Court unseal the complaint, affidavit, and Motion for Pretrial Detention in this matter. The defendant is in custody.

_[signature]_ 34589MO

Please circle which applies: (Pro se) **(Attorney for)** **Plaintiff**

(Pro se) (Attorney for) Defendant